UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KEITH JOHNSON, M.D.,
bringing this action on behalf of the
United States of America,
LAURA SCHMIDT, R.N.,
bringing this action on behalf of the
United States of America,

                Plaintiffs,

                              ORDER

                              07-CV-6149L

        v.

THE UNIVERSITY OF ROCHESTER
MEDICAL CENTER,
STRONG MEMORIAL HOSPITAL,

                Defendants.
_____

      Defendants moved to dismiss on November 6, 2008 (Dkt. #14), and this Court issued a scheduling order (Dkt. #15) directing plaintiffs to respond by December 10, 2008. Plaintiffs now request additional time into January 2009 to respond; defendants oppose the request.

      Plaintiffs' request for an extension of time is granted, in part. Plaintiffs must file their response by December 31, 2008. Plaintiffs have had the motion for about five weeks and this extension grants an additional three weeks, which would seem to be more than sufficient.

      IT IS SO ORDERED.

                              _____
                              DAVID G. LARIMER
                              United States District Judge

Dated: Rochester, New York
      December 11, 2008.