AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| KEITH JOHNSON, M.D., Bringing this action on behalf of the United States of America, LAURA SCHIMIDT, R.N., Bringing this action on behalf of the United States of America,<br>*Plaintiff*<br>v.<br>THE UNIVERSITY OF ROCHESTER MEDICAL CENTER, STRONG MEMORIAL HOSPITAL,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   6:07-CV-6149 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:   The complaint is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge   David G. Larimer   on a motion for   dismissal.

Date:   Feb 19, 2010

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*