UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KEITH JOHNSON, M.D. and
LAURA SCHMIDT, R.N.,

Bringing this action on behalf of the
UNITED STATES OF AMERICA,

              Plaintiffs,

              **MOTION SCHEDULING ORDER**

    -vs-

             07-CV-6149

THE UNIVERSITY OF ROCHESTER
MEDICAL CENTER & STRONG
MEMORIAL HOSPITAL,

              Defendants.
_____

On March 5, 2010, defendants filed a motion for sanctions. All responding papers relevant to this motion must be filed with the Court by April 12, 2010. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                _____
                                DAVID G. LARIMER
                                UNITED STATES DISTRICT JUDGE

Dated:        March 12, 2010
               Rochester, New York